IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KEITH DUNSTON | : | NO. 11-418 |

ORDER

AND NOW, this 25th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the Order of Magistrate Judge David R. Strawbridge dated September 30, 2011 (Doc. #9) granting the motion of the United States for pretrial detention of defendant Keith Dunston is AFFIRMED; and

(2) the motion of defendant Keith Dunston for pretrial release (Doc. #14) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.